### BILL AUTRY v. THE STATE.

#### No. 1767. Decided May 8, 1912.

**Carrying Pistol—Recognizance.**

Where the recognizance failed to state that the appellant was convicted of any offense defined by law and what penalty was assessed, the same was insufficient.

Appeal from the County Court of Dallas County at Law. Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—The appellant was convicted for unlawfully carrying a pistol and fined $100.

Upon the motion of the State the appeal herein is dismissed because the recognizance is wholly insufficient in that it does not state that appellant was convicted of a misdemeanor, nor does it state that he was convicted of any offense defined by law, nor does it state the penalty assessed. The appeal is dismissed.

*Dismissed.*